Nora McGlasson, defendant in error, v. Estate of Michael C. Donnellan, deceased, and Estate of John W. Donnellan, deceased, plaintiffs in error. Gen. No. 35,414.

Heard in the second division of this court for the first district at the October term, 1931. ▮ Opinion filed February 23, 1932.

Joseph M. Connery and J. J. Cooke, for plaintiffs in error. Michael L. Carmody, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

R. J. Rehm, complainant, v. Charles E. Verhunce et al., defendants. R. J. Rehm et al., defendants in error, v. Charles E. Verhunce, plaintiff in error. Gen. No. 35,292.

Heard in the second division of this court for the first district at the October term, 1931. ▮ Opinion filed February 23, 1932.

Frederick W. Janson and B. J. Moser, for plaintiff in error. Peden, Murphy & Ryan, for certain defendant in error; John C. Melaniphy and Gerald Ryan, of counsel. Homer Andreas, for certain other defendant in error.

Mr. Justice Kerner delivered the opinion of the court.

George J. Eckhoff, defendant in error, v. John B. Stanton, plaintiff in error. Gen. No. 35,321.

Heard in the second division of this court for the first district at the October term, 1931. ▮ Opinion filed February 23, 1932.

Needham, Hubbard & Mulks, for plaintiff in error. Frank P. Mies, for defendant in error.

Mr. Justice Kerner delivered the opinion of the court.